# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                          **ORDER**
                            Criminal File No. 06-97 (MJD/JJG)

(1) CHRISTOPHER WILLIAM SMITH,

      Defendant.

_____

Nicole A. Engisch and Elizabeth C. Peterson, Assistant United States Attorneys, Counsel for Plaintiff.

Joseph S. Friedberg, Joseph S. Friedberg, Chartered, Counsel for Defendant.

_____

      On August 7, 2006, the Court granted Defendant Christopher Smith's Motion for Continuance. [Docket No. 25]

      In accordance with that Order, **IT IS HEREBY ORDERED**:

      The entire period of the extension is excluded from the period within which the trial of this matter must commence under the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

Dated: August 8, 2006                       s / Michael J. Davis
                                                    Judge Michael J. Davis
                                                    United States District Court